UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:24-CV-854

KALIN DUKES,

    Plaintiff,

vs.

UNITED STATES OF AMERICA.

    Defendant.

_____/

## COMPLAINT

COME NOW, the Plaintiff, KALIN DUKES, by and through her undersigned counsel, and sues the Defendant, UNITED STATES OF AMERICA and for this cause of action states:

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C §§ 2671-2680.

2. On or about December 18, 2023, more than six months before this action was instituted, the claim set forth herein was presented to the United States Postal Service in accordance with the provisions of 28 U.S.C. § 2675.

3. An acknowledgement of the claim was furnished on December 26, 2023 and is attached as Exhibit "A".

4. Since that time the United States Postal Service has neither accepted liability nor denied liability, but rather, the six-month waiting period required by statute has expired and all precedents to the filing of this action have been made by Plaintiff.

## VENUE

5. Pursuant or U.S.C.§ 1402(b), venue is proper in the Middle District of Florida, Jacksonville Division, in that the acts and omissions giving rise to this Compliant occurred in Duval County, Florida.

## PARTIES

6. At all times material hereto, the Plaintiff, KALIN DUKES, was a resident of Jacksonville, Duval County, Florida.

7. The United States Postal Service is an independent establishment of the executive branch of the United States Government.

## FACTUAL ALLEGATIONS OF NEGLIGENCE

8. On or about April 12, 2023, the United States Postal Service owned, maintained and managed a United States Post Office at 1440 Edgewood Avenue West, in Jacksonville, Florida (the "Post Office").

9. On the above date and time, the Plaintiff, KALIN DUKES, while exercising due care and caution for her own safety, was walking into the Post Office, and was caused to fall to the floor due to the careless and negligent manner in which the floors were maintained. More Specifically, the Plaintiff slipped on an unmarked clear liquid on the floor at the entrance to the Post Office.

10. The Defendant, and its employees owed to the Plaintiff a duty of reasonable care to maintain the floors in the Post Office in a condition reasonably safe for their intended uses and free from all conditions which would render them dangerous and unsafe for the Plaintiff or present an unreasonable risk of harm to her, in her lawful use of the same.

11. That it was a duty of the Defendant to warn the Plaintiff of the aforesaid dangerous and unsafe condition.

12. The Defendant, by and through its employees, servants, and/or agents breached its duty of care to the Plaintiff, by committing one or more of the following negligent acts of commission and/or omission which proximately caused injury to the Plaintiff as hereinafter alleged more fully:

The Law Offices of Anidjar & Levine, P.A.
300 SE 17th Street, Fort Lauderdale, Florida 33316 (954) 525-0050

    a.    The Defendant failed to properly maintain and examine the floors to make sure they were safe and free from liquid and debris;

    b.    The Defendant should have exercised reasonable care in the care of its floors;

    c.    The Defendant failed to utilize reasonable care in the design, planning, inspection and maintenance of said premises, particularly the floors;

    d.    The Defendant failed to warn the Plaintiff of the dangerous condition;

    e.    The aforedescribed dangerous condition was a regular, recurring and ongoing condition; therefore, Defendant knew, or in the exercise of reasonable care, should have know of the aforedescribed dangerous and hazardous condition.

13.    As a direct result of her fall, the Plaintiff has been forced to incur medical bills, has suffered bodily injury resulting in severe physical pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of preexisting injuries, if any, and loss of the ability to earn wages. Her losses are permanent and continuing in nature and the Plaintiff will suffer losses in the future.

**WHEREFORE**, THE Plaintiff, KALIN DUKES, demands judgement against the UNITED STATES OF AMERICA, as follows:

A.  Damages in the amount of Three Hundred Thousand Dollars ($300,000.00);

B.  Plaintiff's costs in bringing this action.

C.  Such other and further relief as the Court may deem just and proper.

Dated this 20th day of August 2024

**LAW OFFICES OF ANIDJAR & LEVINE, P.A.**
*Attorney for Plaintiff*
300 SE 17th Street
Ft. Lauderdale, Florida 33316
Phone: (954) 525-0050/Fax: (954) 525-0020
E- Service at: pleadings@anl-law.com


By: /s/ Lawrence A. Levine
      LAWRENCE A. LEVINE, ESQ.
      FBN 193185

The Law Offices of Anidjar & Levine, P.A.
300 SE 17th Street, Fort Lauderdale, Florida 33316 (954) 525-0050

# EXHIBIT "A"

TORT CLAIMS INVESTIGATIONS
FLORIDA 1 DISTRICT


**UNITED STATES POSTAL SERVICE**

December 26, 2023

Mr Marc Anidjar, Esq.
Law Offices of Anidjar & Levine, P.A
300 SE 17th Street
Fort Lauderdale FL  33316

Re: Ms. Kalin Dukes
    Incident Date: 04-12-2023
    File No.: 320-23-00581027A

Dear Mr. Anidjar, Esq.:

This is to acknowledge receipt of your correspondence regarding the above referenced incident.  Your correspondence will be given careful consideration by the United States Postal Service, and you will be advised regarding the outcome of the matter.

Any inquiries pertaining to this matter should be directed to me, with reference made to the USPS Case File number listed above, and mailed to the below listed address.

Sincerely,

Matthew Schreiber
Tort Claims and Collections Specialist
904-366-4923

Enclosures

cc: Accident File


TORT CLAIMS PO BOX 40005
JACKSONVILLE, FL 32203-0005
904-366-4923 FAX 904-359-2979